# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:15cr00151 |
| vs. | : | District Judge Walter Herbert Rice |
| | | Chief Magistrate Judge Sharon L. Ovington |
| RAYMOND GREENE, | : | |
| Defendant. | : | |

# ORDER

This matter came before the Court for hearing on November 30, 2015 before Chief United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #11). Having conducted a full colloquy with Defendant Raymond Greene, the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty as to Count 1 of the Information.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and

recommendations of the United State Magistrate Judge, and finds that Defendant Raymond Greene's guilty plea was knowing, voluntary, and intelligent. Defendant is FOUND guilty as charged of the offense to which he pled – specifically, Count 1 of the Information Delay or Destruction of Mail in violation of 18 U.S.C. §1703(a).

                                                                     Walter Herbert Rice
                                                  United States District Judge